**Order entered February 24, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-20-00145-CV

**ABUNDANT LIFE THERAPEUTIC SERVICES TEXAS, LLC, Appellant**

**V.**

**THOMAS T. HEADEN, III, Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-15576**

## ORDER

Before the Court is court reporter Antionette Reagor's February 19, 2020 request for a ten-day extension of time to file the record. We **GRANT** the request and **ORDER** the reporter's record be filed no later than March 2, 2020. Because this is an accelerated appeal, we caution that further extension requests will be disfavored.

/s/ ROBERT D. BURNS, III
CHIEF JUSTICE